**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000344
09-OCT-2025
07:50 AM
Dkt. 58 OAWST**

NO. CAAP-23-0000344

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BETTY A. KAYA and ADRIAN KAYA, Plaintiffs-Appellants;
and EVON M. RODRIGUES-VARES, Plaintiff-Appellee,
v.
BANK OF AMERICA, N.A.; LEILANI M. CORTEZ; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.; AMERICAN SAVINGS BANK,
F.S.B.; PINNACLE CAPITAL MORTGAGE CORPORATION; JAY C. PERALTA;
EMELY Q. PERALTA, Defendants-Appellees, and
DOE DEFENDANTS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC191000154)

ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By:  Leonard, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of the "Stipulation for Dismissal
with Prejudice of Appeal" (**Stipulation**), filed on October 3,
2025, and the record, it appears that (1) the appeal has been
docketed and the filing fees have been paid; (2) pursuant to
Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties
stipulate to dismiss the appeal and bear their own attorneys'

fees and costs associated with this appeal; and (3) the Stipulation has been signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs in this appeal.

DATED: Honolulu, Hawaiʻi, October 9, 2025.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge